In the Matter of the Application of LUCILE PUGH, Petitioner, Appellant, against Honorable KEYES WINTER, Justice of the Municipal Court of the City of New York, Borough of Manhattan, Respondent, to Review a Determination and Order of the Respondent Adjudging Petitioner Guilty of a Criminal Contempt of Court.*

First Department, February 11, 1938.

*Harris Jay Griston* of counsel [*Chauncey E. Treadwell* with him on the brief; *Enos S. Booth*, attorney], for the appellant.

*Robert P. Beyer, Assistant Attorney-General*, of counsel [*John J. Bennett, Jr., Attorney-General*, attorney], for the respondent.

PER CURIAM. The statements which appellant admits she made to respondent in open court were sufficient to warrant an adjudication that her conduct was contemptuous. However, in view of the fact that such statements were provoked by the court and that appellant offered an apology, the punishment imposed should have been limited to a censure.

It is not necessary to pass on the other questions raised.

* Modfg. and affg. 166 Misc. 95.

The order appealed from should be modified by granting the motion to the extent of limiting the punishment to a censure and vacating the commitment, and as so modified affirmed, without costs.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, COHN and CALLAHAN, JJ.

Order unanimously modified by granting the motion to the extent of limiting the punishment to a censure and vacating the commitment, and as so modified affirmed, without costs.